UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ADMINISTRATIVE PRESIDING<br>JUSTICE ELWOOD LUI, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-02353-PA (JDE)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 14, "FAC") filed by Peter Kleidman ("Plaintiff"), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 17), Plaintiff's Response to the Order to Show Cause (Dkt. 18, 19), the Report and Recommendation of the assigned magistrate judge (Dkt. 23, "Report"), and the Objections to the Report filed by Plaintiff (Dkt. 22, 23).

　　　　The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: September 26, 2024

_____
PERCY ANDERSON
United States District Judge