JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADMINISTRATIVE PRESIDING JUSTICE ELWOOD LUI, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-02353-PA (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 27, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　United States District Judge